David L. CARTER, Petitioner–Appellant,

v.

Kathleen SAWYER, Custodian ex rel., The State of North Carolina, United States Federal Bureau of Prisons; Arthur F. Beeler, CEO of the Federal Medical Center, Butner, North Carolina, Respondents–Appellees.

No. 03–6661.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

David L. Carter, Appellant pro se.

Before NIEMEYER and SHEDD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Carter appeals the district court order and judgment summarily dismissing without prejudice his 28 U.S.C. § 2241 (2000) action. After reviewing the record, we find Carter failed to state a claim for relief. We further find his transfer to another institution has mooted any request for injunctive or declaratory relief. Accordingly, while we grant Carter leave to proceed in forma pauperis, we affirm the district court's order and judgment. We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*